Argued April 25, reversed and remanded for resentencing, accompanied by an appropriate statement of reasons for sentence imposed May 30, reconsideration denied July 12, 1978, petition for review denied February 13, 1979

## STATE OF OREGON, *Respondent,*

*v.*

## JIMMY DEWIGHTE SWIFT, *Appellant.*

(No. 77-2154-C-3, CA 9708)
(No. 77-2155-C-3, CA 9709)

(Consolidated cases)

579 P2d 263

James E. Mountain, Jr., Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Reversed and remanded for resentencing, accompanied by an appropriate statement of reasons for the sentence imposed. *See* ORS 137.120(2) and *State v. Smith,* 34 Or App 539, 579 P2d 261 (1978).